| | |
|---|---|
| FRANKLIN CREDIT MANAGEMENT CORPORATION | Index #: 08 CIV 01573 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| ADVANCED FINANCIAL SERVICES, INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 20, 2008 at 12:00 PM at

BY CT CORPORATION SYSTEM - REGISTERED AGENT
111 EIGHTH AVENUE
NEW YORK, NY 10011

deponent served the within true copy of the SUMMONS & COMPLAINT on ADVANCED FINANCIAL SERVICES, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. AIXA FLORES personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 35 | 5'0 | 130 |

Sworn to me on: February 21, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID GOLDBERG
License #: 916033
Docket #: 542438