| | |
|---|---|
| FRANKLIN CREDIT MANAGEMENT CORPORATION | Index #: 08 CV 01573 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| ADVANCED FINANCIAL SERVICES, NIC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 27, 2008 at 11:52 AM at

BY CT CORPORATION SYSTEM
111 8TH AVENUE
NEW YORK, NY10011

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on ADVANCED FINANCIAL SERVICES, NIC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. SABRINA AMBROSE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said defendant/respondent and knew said individual to be the PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 30 | 5'4 | 130 |

Sworn to me on: February 28, 2008

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **DAVID GOLDBERG** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 916033 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 544260 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |