UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

FRANKLIN CREDIT MANAGEMENT
CORPORATION,

        Plaintiff,

  - against -

ADVANCED FINANCIAL SERVICES, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - -x



**ORDER**

08 Civ. 1573 (DC)

**CHIN, District Judge**

    It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    SO ORDERED.

Dated:  New York, New York
       June 24, 2008

                                DENNY CHIN
                                United States District Judge