O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
Andrew C. Levitt (AL 8183)
82 Wall Street, Suite 300
New York, NY 10005-3686
(212) 425-1401
(212) 425-1421 (f)

APPEL & LUCAS, P.C.
Peter J. Lucas (PL 9536)
1917 Market Street, Suite A
Denver, CO 80202
303-297-9800
866-849-8016 (f)

*Attorneys for Plaintiff*
*Franklin Credit Management Corporation*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2008
```

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANKLIN CREDIT MANAGEMENT
CORPORATION,

                    Plaintiff,

    -against-

ADVANCED FINANCIAL SERVICES, INC.,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08-CV-01573 (DC)
ECF Case

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Franklin Credit Management Corporation hereby dismisses the above-captioned action with prejudice, with each party to bear its own costs and fees.

Dated: New York, New York
June 30, 2008

O'HARE PARNAGIAN LLP

*[signature]*

Robert A. O'Hare (RO 3686)
Andrew C. Levitt (AL 8183)
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (f)

APPEL & LUCAS, P.C.
Peter J. Lucas (PL 9536)
1917 Market Street, Suite A
Denver, CO 80202
303-297-9800
866-849-8016 (f)

*Attorneys for Plaintiff*
*Franklin Credit Management Corporation*

SO ORDERED.

*[signature]* USDJ 7/10/08